UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARMEN MARTINEZ | : | |
|     Plaintiff, | : | C.A. 3:20-cv-1785 |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION d/b/a AMTRAK | : | |
|     Defendant. | : | December 1, 2020 |

## NOTICE OF REMOVAL

NOW COMES Defendant, National Railroad Passenger Corporation d/b/a Amtrak, through its attorneys, and respectfully states the following:

1. Plaintiff Carmen Martinez has filed a civil action against Defendant National Railroad Passenger Corporation d/b/a Amtrak in the Superior Court of the State of Connecticut, Judicial District of New Haven at New Haven, Docket No. NNH-CV20-6109376-S.

2. According to the Complaint, the plaintiff allegedly suffered personal injury while on property owned, maintained, or controlled by the Defendant.

3. Defendant now seeks removal because National Railroad Passenger Corporation was created by an Act of Congress, 49 U.S.C. §24101, et seq., and more than one-half its capital stock is owned by the United States. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, U.S.C. §1331 and 1349 and is one which may be removed to this Court by the defendant therein, pursuant to the provisions of Title 28, U.S.C. §1441.

4. This Court is the proper court for removal because the Superior Court of the State of Connecticut, Judicial District of New Haven at New Haven, is located within the jurisdiction of the United States District Court for the District of Connecticut.

5. National Railroad Passenger Corporation had no knowledge or notice of the action until it received a copy of the Summons and on or about November 17, 2020. Prior to that date, Defendant had no opportunity to exercise its right to remove this action.

6. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in this case are attached as **Exhibit A**.

WHEREFORE, defendant National Railroad Passenger Corporation, having provided notice as is required by law, now removes the above-referenced matter from the Superior Court of the State of Connecticut, Judicial District of New Haven, to the United States District Court for the District of Connecticut.

    Respectfully Submitted
    National Railroad Passenger Corporation
    By Counsel


/s/ Paul E. Dwyer
Paul E. Dwyer, Esq. (ct30681)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Metro East Office Park
117 Metro Center Boulevard, Suite 1004
Warwick, RI  02886
Telephone: (401) 298-9012
Email:  pdwyer@mdmc-law.com

## **CERTIFICATION**

This is to certify that copies of the foregoing have been served via e- mail upon all counsel of record this 1st day of December, 2020, as follows:

*Counsel for Plaintiff:*
Luke Mario, Esq.
Carter Mario Law Firm
100 Plains Road
Milford, CT 06461
Email:  lmario@cartermario.com

    /s/ Paul E. Dwyer
    Paul E. Dwyer

# **Exhibit A**

 

| | | |
|---|---|---|
| **Superior Court Case Look-up**<br>  Civil/Family<br>  Housing<br>  Small Claims | **NNH-CV20-6109376-S**<br>**Prefix/Suffix:** [none] | **MARTINEZ, CARMEN v. NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTR**<br>**Case Type:** V30   **File Date:** 11/16/2020   **Return Date:** 12/08/2020 |

**Attorney/Firm Juris Number Look-up**

**Case Detail** | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help ▶

To receive an email when there is activity on this case, click here.

**Case Look-up**
  By Party Name
  By Docket Number
  By Attorney/Firm Juris Number
  By Property Address

**Short Calendar Look-up**
  By Court Location
  By Attorney/Firm Juris Number
  Motion to Seal or Close
  Calendar Notices

**Court Events Look-up**
  By Date
  By Docket Number
  By Attorney/Firm Juris Number

**Legal Notices**

**Pending Foreclosure Sales**

**Understanding Display of Case Information**

**Contact Us**

**Information Updated as of:** 11/30/2020

### Case Information

| | |
|---|---|
| **Case Type:** | V30 - Vehicular - Railroads |
| **Court Location:** | NEW HAVEN JD |
| **List Type:** | No List Type |
| **Trial List Claim:** | |
| **Last Action Date:** | 11/16/2020  (The "last action date" is the date the information was entered in the system) |

### Disposition Information

| | |
|---|---|
| **Disposition Date:** | |
| **Disposition:** | |
| **Judge or Magistrate:** | |

### Party & Appearance Information

| Party | | No Fee Party | Category |
|---|---|---|---|
| P-01 | **CARMEN MARTINEZ** | | Plaintiff |
| | **Attorney:** CARTER MARIO LAW FIRM (106160) File Date: 11/16/2020<br>!NEW 12 MONTOWESE AVENUE<br>NORTH HAVEN, CT 06473 | | |
| D-01 | **NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK**<br>Non-Appearing | | Defendant |



**Comments**

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 📧 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be

viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

### Motions / Pleadings / Documents / Case Status

| Entry No | File Date | Filed By | Description | | | Arguable |
|---|---|---|---|---|---|---|
| | 11/16/2020 | P | **SUMMONS** | 📄 | !NEW | |
| | 11/16/2020 | P | **COMPLAINT** | 📄 | !NEW | |
| 100.30 | 11/16/2020 | P | **RETURN OF SERVICE** | 📄 | !NEW | No |

### Scheduled Court Dates as of 11/27/2020

**NNH-CV20-6109376-S** - MARTINEZ, CARMEN v. NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTR

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2020, State of Connecticut Judicial Branch

Page Created on 11/30/2020 at 11:46:25 AM

2 of 2                                                                                                                                11/30/2020, 11:54 AM

**SUMMONS - CIVIL**
JD-CV-1  Rev. 1-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| | |
|---|---|
| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT **SUPERIOR COURT** *www.jud.ct.gov*  |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503 – 6800 | 12/08/2020 |

| ☒ Judicial District    G.A. | At *(City/Town)* | Case type code *(See list on page 2)* |
| ☐ Housing Session   ☐ Number: | New Haven | Major: **V**    Minor: **30** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Carter Mario Law Firm, 100 Plains Road, Milford, CT 06461 | 106160 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 876 – 2700 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* lmario@cartermario.com |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: **Carmen Martinez**  Address: **130 Clinic Drive Apt 301, New Britain, CT 06051** | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| **First defendant** | Name: **National Railroad Passenger Corporation D/B/A Amtrak**  Address: **a/f/s Eleanor D. Acheson, 1 Massachusetts Avenue, NW, Washington, DC 20001** | D-01 |
| Additional defendant | Name:  Address: | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued**. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date  11/05/2020 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court  ☐ _____ Clerk | Name of person signing  Luke Mario, Esq. |
|---|---|---|---|

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.  b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.  c. The court staff is not permitted to give any legal advice in connection with any lawsuit.  d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

| | | |
|---|---|---|
| **RETURN DATE: DECEMBER 8, 2020** | : | **SUPERIOR COURT** |
| **CARMEN MARTINEZ** | : | **J.D. OF NEW HAVEN** |
| **VS.** | : | **AT NEW HAVEN** |
| **NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK** | : | **NOVEMBER 5, 2020** |

## COMPLAINT

1. The plaintiff, Carmen Martinez (hereinafter, the "plaintiff"), was and still is a resident of the State of Connecticut with her place of residence being in the City of New Britain.

2. At all times mentioned herein, the defendant, National Railroad Passenger Corporation D/B/A Amtrak (hereinafter, the "co-defendant"), was a District of Columbia corporation licensed to do business in, and actively conducting business within, the State of Connecticut.

3. In the ordinary course of its business and during all times mentioned herein, the defendant operated a railroad line through Wallingford, Connecticut.

4. At all times mentioned herein, the defendant and/or its agents and/or employees owned, controlled, possessed, and/or maintained a railroad crossing located on North Plains Highway in Wallingford, Connecticut (hereinafter, the "railroad crossing").

5. On or about November 12, 2019, at approximately 12:06 a.m., the plaintiff was the operator of a motor vehicle traveling east on North Plains Highway in Wallingford, Connecticut

and was stopped at the railroad crossing waiting for the crossing lights to cease flashing, the bells to cease ringing, and the gate to raise.

6. At the same time and place, the defendant's agents and/or employees were operating a railroad vehicle on the Wallingford rail line in a northbound direction and were approaching the railroad crossing.

7. At the same time and place, the plaintiff began to proceed forward across the railroad crossing after having waited for the crossing lights to cease flashing, the bells to cease ringing, and the gate to raise completely.

8. At the same time and place, as the plaintiff's vehicle was traveling across the railroad crossing, she was forcefully struck on the passenger side by the defendant's railroad vehicle (hereinafter, the "collision").

8. The defendant and/or its employees and/or agents caused this collision.

9. The defendant and/or its employees and/or agents were responsible for this collision.

10. This collision, and the resulting injuries and losses suffered by the plaintiff, were due to the negligence and carelessness of the defendant and/or its employees and/or agents in that they:

    a.    Failed to inspect, or adequately inspect, the railroad crossing in order to ascertain that it was not functioning properly;

    b.    Failed to inspect, or adequately inspect, the railroad crossing in order to

ascertain that it was in an otherwise unreasonably dangerous condition;

c. Failed to inspect, or adequately inspect, the railroad crossing in order to ascertain that the crossing lights, bells, and gate did not remain active and/or engaged while railroad vehicles approached the railroad crossing;

d. Failed to remedy, or adequately remedy, the malfunctioning crossing lights, bells, and gate;

e. Failed to remedy, or adequately remedy, the otherwise dangerous condition then and there existing at the railroad crossing;

f. Failed to warn, or adequately warn, the plaintiff of the malfunctioning crossing lights, bells, and gate;

g. Failed to warn, or adequately warn, the plaintiff of the otherwise unreasonably dangerous condition then and there existing at the railroad crossing;

h. Failed to warn, or adequately warn, the plaintiff of the railroad vehicle approaching the railroad crossing;

i. Maintained the railroad crossing in the dangerous condition then and there existing;

j. Failed to make reasonable repairs to the crossing lights, bells, and gate within the railroad crossing;

k. Failed to sound the horn on the railroad vehicle as it approached the railroad crossing, so as to warn the plaintiff of the approaching railroad vehicle;

l. Failed to ensure the railroad crossing was free of motorists and otherwise safe and clear to cross prior to approaching, and crossing, the railroad crossing;

  m. Operated the railroad vehicle at a rate of speed too fast for the conditions then and there existing;

  n. Operated a railroad vehicle that had a broken and/or malfunctioning speedometer;

  o. Otherwise failed to exercise reasonable care in order to keep the railroad crossing in a reasonably safe condition for motorists, such as the plaintiff.

11. As a result of this collision, the plaintiff suffered the injuries and/or exacerbations as set forth below, some of which injuries and/or exacerbations, or the effects thereof, being permanent in nature:

  a. Cervical sprain/strain
  b. Lumbar sprain/strain
  c. Left shoulder sprain/strain
  d. Periscapular sprain/strain
  e. Left hand contusion
  f. Post-traumatic headaches
  g. Anxiety

12. As a further result of the collision, the plaintiff has experienced, and will continue to experience in the future, pain and suffering, an increased likelihood of future medical treatment and/or disorders, and fear and apprehension of such future medical treatment and/or disorders.

13. As a further result of these injuries, the plaintiff has incurred, and may continue to incur, medical expenses.

14. As a further result of these injuries, the ability of the plaintiff to pursue and enjoy life's leisure activities has been reduced.

THE PLAINTIFF:
Carmen Martinez

_/s/ Luke Mario_

By: Luke Mario, Esq.
Carter Mario Law Firm
100 Plains Road
Milford, Connecticut
Tel. No: 203-876-2711
Juris No: 106160

| | | |
|---|---|---|
| **RETURN DATE: DECEMBER 8, 2020** | : | **SUPERIOR COURT** |
| **CARMEN MARTINEZ** | : | **J.D. OF NEW HAVEN** |
| **VS.** | : | **AT NEW HAVEN** |
| **NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK** | : | **NOVEMBER 5, 2020** |

## PRAYER FOR RELIEF

The Plaintiff claims:

1. Monetary relief; and

2. Such other and further relief as the Court deems appropriate.

THE PLAINTIFF:
Carmen Martinez

By: Luke Mario, Esq.
Carter Mario Law Firm
100 Plains Road
Milford, Connecticut
Tel. No: 203-876-2711
Juris No: 106160

| | | |
|---|---|---|
| **RETURN DATE: DECEMBER 8, 2020** | : | **SUPERIOR COURT** |
| **CARMEN MARTINEZ** | : | **J.D. OF NEW HAVEN** |
| **VS.** | : | **AT NEW HAVEN** |
| **NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK** | : | **NOVEMBER 5, 2020** |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than $15,000.00, exclusive of interest and costs.

THE PLAINTIFF:
Carmen Martinez

By: Luke Mario, Esq.
Carter Mario Law Firm
100 Plains Road
Milford, Connecticut
Tel. No: 203-876-2711
Juris No: 106160

## OFFICER'S RETURN TO COURT

STATE OF CONNECTICUT:

NOVEMBER 10, 2020

COUNTY OF HARTFORD :

THEN AND BY VIRTUE HEREOF AND BY THE DIRECTION OF THE PLAINTIFF'S ATTORNEY, ON NOVEMBER 10, 2020 I MADE DUE AND LEGAL SERVICE UPON THE WITHIN NAMED DEFENDANT, **NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,** BY CAUSING TO BE DEPOSITED IN THE POST OFFICE, POSTAGE PAID, CERTIFIED MAIL, RETURN RECEIPT REQUESTED, A VERIFIED TRUE AND ATTESTED COPY OF THE WITHIN ORIGINAL WRIT SUMMONS AND COMPLAINT, PRAYER FOR RELIEF AND STATEMENT OF AMOUNT IN DEMAND, ADDRESSED TO THE WITHIN NAMED DEFENDANT, **NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,** C/O ELEANOR D. ACHESON, AGENT FOR SERVICE, 1 MASSACHUSETTS AVENUE, NW, WASHINGTON, D.C. 20001.

SUPPLEMENTAL RETURN TO FOLLOW

AND ALSO ON NOVEMBER 10, 2020 I MADE DUE AND LEGAL SERVICE UPON THE WITHIN NAMED DEFENDANT, **NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,** BY CAUSING TO BE DEPOSITED IN THE POST OFFICE, POSTAGE PAID, CERTIFIED MAIL, RETURN RECEIPT REQUESTED, A VERIFIED TRUE AND ATTESTED COPY OF THE WITHIN ORIGINAL WRIT SUMMONS AND COMPLAINT, PRAYER FOR RELIEF AND STATEMENT OF AMOUNT IN DEMAND, ADDRESSED TO THE WITHIN NAMED DEFENDANT, **NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,** C/O CT CORPORATION, AGENT FOR SERVICE, 1015 15TH STREET NW, SUITE 1000, WASHINGTON, D.C. 20005.

SUPPLEMENTAL RETURN TO FOLLOW

THE WITHIN IS THE ORIGINAL WRIT SUMMONS AND COMPLAINT, PRAYER FOR RELIEF AND STATEMENT OF AMOUNT IN DEMAND, WITH MY DOINGS HEREON ENDORSED.

ATTEST:

_____
BRIAN F. ZITO
STATE MARSHAL

FEES:

| | |
|---|---|
| SERVICE | $ 80.00 |
| ENDS. | 3.60 |
| PAGE REVIEW | 16.00 |
| POSTAGE | 18.00 |
| TRAVEL | 3.40 |
| TOTAL | $ 121.00 |

Re: <u>Carmen Martinez v. National Railroad Passenger Corporation, d/b/a Amtrak</u>
Return Date: December 8, 2020